UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

United States Pipe & Foundry Co.,            Case No. 8:89-bk-09744-KRM
                                                                  Chapter 11
      Debtor.
_____/

United States Pipe & Foundry Company, LLC,      Adv. Pro. No. 8:17-ap-0032-KRM

      Plaintiff,

v.

Benetha Adams, et al.,

      Defendants.
_____/

**<u>STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING</u>**

Plaintiff, UNITED STATES PIPE & FOUNDRY COMPANY, LLC., and Defendants, BENETHA ADAMS, et al. (together, the "**Parties**"), pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, stipulate for dismissal of this adversary proceeding, and in support thereof state:

1. On November 21, 2017, the Plaintiff filed its *Plaintiff's Notice of Appeal* (Doc. No. 35) (the "**Appeal**") to the United States District Court for the Middle District of Florida from the Bankruptcy Court's Memorandum Opinion and Order on Cross Motions for Summary Judgment (Doc. No. 33) (the "**Order**"). The parties have reached a resolution of the issues raised in this adversary proceeding and in the Appeal.

2. The Parties have filed a joint motion to dismiss the Appeal (Appeal, Doc. No. 19).

3. Upon dismissal of the Appeal, the Parties request that this Adversary Proceeding be dismissed, with prejudice, with each party to bear its own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an order, to the extent necessary (a) approving this Stipulation; (b) dismissing this adversary proceeding with each party to bear its own fees and costs; and (c) granting such other and further relief as may be just and proper.

| | |
|---|---|
| */s/ Scott A. Stichter* | */s/ Lynn W. Sherman* |
| Scott A. Stichter (FBN 710679) | Lynn Welter Sherman (FBN 0375616) |
| Daniel R. Fogarty (FBN 0017532) | Trenam Kemker Scharf Barkin Frye O'Neill |
| Stichter, Riedel, Blain & Postler, P.A. | and Mullis, P.A. |
| 110 East Madison Street, Suite 200 | 200 Central Avenue, Suite 1600 |
| Tampa, Florida 33602 | St. Petersburg, Florida 33701 |
| Telephone: (813) 229-0144 | Telephone: (727) 896-7171 |
| Email: sstichter@srbp.com | Email: lsherman@trenam.com |
| dfogarty@srbp.com | Attorneys for Appellees |
| Attorneys for Appellant | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Stipulation for Dismissal of Adversary Proceeding* has been furnished on this 11th day of March, 2020, by the Court's electronic noticing system to all parties receiving electronic notice in this proceeding

            */s/ Scott A. Stichter*
            Scott A. Stichter

13108.2322388