UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: UNITED STATES PIPE & FOUNDRY CO.,

    Debtor,
_____/

UNITED STATES PIPE & FOUNDRY COMPANY, LLC,

    Appellant,

v.

BENETHA ADAMS,

    Appellee.
_____/

BK. CASE NO. 8:89-bk-9744-KRM
ADV. PRO. NO. 8:17-ap-32-KRM

CASE NO. 8:17-cv-2834-T-23

**ORDER**

In accord with Rule 8023, Federal Rules of Bankruptcy Procedure, the parties jointly move (Doc. 19) to dismiss this bankruptcy appeal. The motion (Doc. 19) is **GRANTED**, and this appeal is **DISMISSED**. The clerk must close the case.

ORDERED in Tampa, Florida, on March 13, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE